[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED
JUL 10 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jokari T. Miller
Plaintiff

v.

The State of Illinois, et al.
Defendant

Case Number: 20 CV 0242

Judge: Hon. Matthew F. Kennelly

Magistrate Judge:

### Motion to Correct the Record

Plaintiff requests that the court correct the record which reflects plaintiff's current pending claims, omitting "Miller v. Watson" case, as that is a closed matter in which the plaintiff paid all filing fees in-full. Plaintiff therefore asks that the court please reverse order stating that he "now owes the statutory filing fees for the current case, plus Miller v. Watson" (16 C 4234), and please adjust total fees to reflect the omission.

7-2-2020

Respectfully,

Jokari T. Miller
Y39531

United States ) ss.
District Court )

## AFFIDAVIT

I, Jokari Miller, Petitioner, after first being duly sworn, do depose and state that I am the Petitioner in the attached Petition for Habeas Corpus, and that I have read the contents of the same, and further state that the information contained therein is true and correct to the best of my knowledge and belief.

Dated: 7/2/2020

Respectfully,
/s/ *[signature]*
Y39531
6665 State Route 146 East
Vienna, IL 62995

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Jokari T. Miller )
Plaintiff )
 ) Case Number: 20 CV 0242
v. )
 ) Judge: Hon. Matthew F. Kennelly
State of Illinois )
Defendant ) Magistrate Judge:

### PROOF/CERTIFICATE OF SERVICE

TO: Jokari Miller Y39531
6665 State Route 146 East
Vienna, IL 62995

TO: Jokari Miller
P.O. Box 1267
Hammond, IN 46320

PLEASE TAKE NOTICE that on July 2, 2020, I placed the attached or enclosed documents in the institutional mail at Shawnee Correctional Center, properly addressed to the parties listed above for mailing through the U.S. Postal Service.

7/2/2020

Jokari Miller
Y39531
6665 State Route 146 East
Vienna, IL 62995

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Kari Miller Y34531
65 State Route 146 East
Vienna, IL 62995

2020 JUL 10 AM 11:29

07/10/2020-22

TO:
OFFICE OF
**CLERK OF THE U.S. DISTRICT COURT**
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

60604-18009

This correspondence is from an inmate in the Illinois Department of Corrections.

USA FOREVER